IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAW OFFICES OF CONRAD J. BENEDETTO and CONRAD J. BENEDETTO, ESQUIRE | : : : : | CIVIL ACTION |
| v. | : : | |
| ADMIRAL INSURANCE COMPANY and SHERMAN WELLS SYLVESTER & STAMELMAN, LLP | : : : | NO. 20-4474 |

## ORDER

**NOW,** this 15th day of October, 2020, upon consideration of the Notice of Removal (Document No. 1) and the plaintiff's complaint, it is **ORDERED** that pursuant to 28 U.S.C. § 1447(c), this action is **REMANDED** to the state court from which it was removed.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.