# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LAW OFFICE OF CONRAD J.** | : | **CIVIL ACTION** |
| **BENEDETTO and CONRAD J.** | : | |
| **BENEDETTO, ESQUIRE** | : | |
| | : | |
| v. | : | |
| | : | |
| **ADMIRAL INSURANCE COMPANY and** | : | |
| **SHERMAN WELLS SYLVESTER &** | : | |
| **STAMELMAN, LLP** | : | **NO. 20-4474** |

## ORDER

**NOW**, this 19th day of November, 2020, upon consideration of the Motion for Reconsideration of the October 15, 2020 Remand Order of Removing Party Sherman Wells Sylvester & Stamelman, LLP (Document No. 11), it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.